# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) DAVID RIGGINS,<br><br>Defendant. | 2:20-CR-20475-TGB<br><br><br>ORDER AMENDING<br>CONDITIONS OF BOND |

As stated on the record during a bond review hearing held on June 2, 2021, Defendant Riggins' bond conditions are modified as follows:

1. Home Detention- You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations. Essential and Discretionary Leave may be granted as deemed appropriate by Pretrial Services.

2. Zero Tolerance

3. Bond Status Review in 60 days

DATED this 2nd day of June, 2021.

       BY THE COURT:


       /s/Terrence G. Berg
       TERRENCE G. BERG
       United States District Judge