UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>(2) DAVID ANTOINE RIGGINS,<br><br>Defendant. | 2:20-CR-20475-TGB<br><br>ORDER AMENDING CONDITIONS OF BOND |

For the reasons stated on the record during a hearing held on February 24, 2022, Defendant David Riggins' Motion for Modification of Bond Conditions (ECF No. 62) is GRANTED IN PART. Defendant Riggins' bond conditions are modified as follows:

Location Monitoring – Home Detention is removed; adding stand-alone GPS monitoring without curfew (open schedule).

DATED this 25th day of February, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge